| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): _____  Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201
**Voluntary Petition for Non-Individuals Filing for Bankruptcy**  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**  
   Down House Vemtures, LLC

2. **All other names debtor used in the last 8 years**  
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  
   2 7 – 3 6 1 1 8 9 2

4. **Debtor's address**

   **Principal place of business**
   
   **811 Heights**  
   Number    Street
   
   **Houston**    **TX**  **77007**  
   City           State  ZIP Code
   
   **Harris**  
   County

   **Mailing address, if different from principal place of business**
   
   **2522 Yale**  
   Number    Street
   
   _____  
   P.O. Box
   
   **Houston**    **TX**  **77008**  
   City           State  ZIP Code

   **Location of principal assets, if different from principal place of business**
   
   **Houston, Harris County, Texas**  
   Number    Street
   
   _____
   
   _____  
   City           State  ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**  
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
   ☐ Partnership (excluding LLP)  
   ☐ Other. Specify: _____

Debtor **Down House Vemtures, LLC**                       Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11.   Check all that apply:
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes.   District _____ When _____ Case number _____
                                              MM / DD / YYYY
              District _____ When _____ Case number _____
                                              MM / DD / YYYY
              District _____ When _____ Case number _____
                                              MM / DD / YYYY

Debtor **Down House Vemtures, LLC**          Case number (if known) _____

**10.** Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

☐ No
☑ Yes.

Debtor **Mothership Ventures, LLC**     Relationship **Affiliate**
District **Southern District of Texas**     When **03/26/2017**
Case number, if known **17-31776**                    MM / DD / YYYY

Debtor **Club Mothership NP**     Relationship **Afilliate**
District **Southern District of Texas**     When **03/30/2017**
Case number, if known **17-31856**                    MM / DD / YYYY

List all cases. If more than 1, attach a separate list.

**11.** Why is the case filed in *this district?*

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** Does the debtor own or have possession of any real property or personal property that needs immediate attention?

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**   _____
                            Number    Street
                            _____
                            _____
                            City        State   ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

## Statistical and adminstrative information

**13.** Debtor's estimation of available funds

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor **Down House Vemtures, LLC** _____   Case number (if known) _____

| 14. | Estimated number of creditors | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | Estimated assets | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☑ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/03/2017**
MM / DD / YYYY

X **/s/ Chris Cusack**                     **Chris Cusack**
Signature of authorized representative of debtor      Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Reese W. Baker**                   Date **04/03/2017**
Signature of attorney for debtor                  MM / DD / YYYY

**Reese W. Baker**
Printed name

**Baker & Associates**
Firm name

**5151 Katy Freeway**
Number    Street

**Suite 200**

**Houston**                    **TX**         **77007**
City                           State          ZIP Code

**(713) 869-9200**                  **courtdocs@bakerassociates.net**
Contact phone                       Email address

**01587700**                         **TX**
Bar number                           State

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 4

```
3217 Investments
3217 Montrose, Ste 200
Houston, Texas   77006


Alan Hassenflu
4500 Bissonnet Ste, Ste 300
Houston, Texas   77401


American Express Bank
4315 South 2700 West
Salt Lake City, UT   84184


American Express Merchant Financing
c/o American Express Bank
4315 South 2700 West
Salt Lake City, UT   84184


Axis Capital
308 N. Locust Street Ste 100
Grand Island, NE   68801


Brandon Velek
1935 Skip Rock Street
Friendswood, Texads 77546


Clint Minchew
371 Royal Navigator
Houston, Texas 77316


David Latta
28534 East Benders Landing
Spring, Texas   77386


Doris Hartis
7343 Lorna Road
Montgomery, Texas   77316
```

Euro-Mid, Inc.
1110 Seamist Drive
Houston, Texas 77008


First Vision Financial
5233 Bellaire Blvd
Houston, Texas  77401


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346


ISI Commercial Refrigeration
PO Box 167
Houston, Texas 77001


Jim Peterson
407 S. Friendswood Drive
Friendswood, Texas  77546


Lupe Five, LLC
3903-A Bellaire Blvd
Houston, Texas  77025


Richard Rothfelder
3739 Jardin Street
Houston, Texas  77005


Roger Montemayor
404 Carriage Creek Lane
Friendswood, Texas  77546


Scot Luther
407 S. Friendswood Drive
Friendswood, Taxes  77546

```
Texas  Comptroller of Public Accounts
111 E. 17th Street
Austin, TX 78774-0100


Troy Derks
152803 Frio Springs
Cypress, Texas  77429


Wells Fargo
Correspondence Resolution
1 Home Campus
DeMoines, IA 50328-0001


Wells Fargo Bank, NA
PO Box 659713
San Antonio, TX 78265
```